# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

**FILED**

JAN 10 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.



THOMAS RAMM,

**CR 19 0016**

**EMC**

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. § 2253 - Criminal Forfeiture

---

A true bill.

_____
Foreman

**NO BAIL WARRANT**

Filed in open court this __10th__ day of

__Jan. 2019__

_____ Clerk

**THOMAS S. HIXSON**
**UNITED STATES MAGISTRATE JUDGE**    Bail, $ __

1-MJJ

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Penalty Sheet Attachment

~~SEALED~~

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Thomas Ramm

DISTRICT COURT NUMBER

CR 19-0016

FILED
JAN 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
EMC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

SFPD

☒ person is awaiting trial in another Federal or State Court, give name of court

San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MICHAEL A. RODRIGUEZ

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
San Francisco County

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☒ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# Penalty Sheet for Thomas Ramm

<u>**Count 1:**</u>
**18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography**
Maximum imprisonment: 20 years
Maximum Fine: $250,000
Supervised Release: Not less than 5 years up to life
Special Assessment: $100 per count
Additional Special Assessment: $5000 if the defendant is found to be non-indigent
Forfeiture

ALEX G. TSE (CABN 152348)
United States Attorney



FILED
JAN 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19 - 0016 |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **VIOLATION**: |
| | ) 18 U.S.C. § 2252(a)(4)(B) – Possession of Child |
| THOMAS RAMM, | ) Pornography; |
| | ) 18 U.S.C. § 2253 – Criminal Forfeiture |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about March 20, 2014, in the Northern District of California, the defendant,

**THOMAS RAMM**,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials that had been mailed, shipped, and transported in interstate commerce, by any means including by computer, the production of which involved the use of a minor who had not attained 12 years of age, engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section

1  2252(a)(4)(B) and (b)(2).

2  <u>FORFEITURE ALLEGATION</u>: (18 U.S.C. §§ 2253(a)(1)-(3) – Criminal Forfeiture)

   1.  The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

   2.  Upon conviction of the offense alleged above, the defendant,

   THOMAS RAMM,

   shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, the following property:

   a.  any visual depiction described in Title 18, United States Code, sections 2251, 2251A, 2252, or 2252A or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c.  any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

   3.  The property to be forfeited includes but is not limited to:

   a.  One (1) Samsung laptop, Model NP550P5CL, Serial No. HYQB91QCA02855W;

   b.  One (1) Logitech Universal Serial Bus (USB) receiver, Model C-U0007, Serial No. LZ232BD-DJ;

   c.  One (1) Logitech Universal Serial Bus (USB) receiver, FCC ID DZLA00032;

   d.  One (1) 750 GB Hitachi Serial Advanced Technology Attachment (SATA) hard disk drive, Model 5K750-750, Serial No. 20DU4ARD;

   e.  One (1) Hewlett Packard Desktop, Model Pavilion Slimline s5510y, Serial No. 3CR018KQ2; and

   f.  One (1) 640 BG Western Digital Serial Advanced Technology Attachment (SATA) hard disk drive, Model WD6400AAKS, Serial No. WCASYC560685, contained in the desktop immediately above.

   4.  If any of the property described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

      All pursuant to Title 18, United States Code, Section 2253, and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: Jan. 10, 2019

A TRUE BILL.

_/s/ Linda Jen_
FOREPERSON
San Francisco

ALEX G. TSE
United States Attorney

_/s/ Daniel Kaleba_
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _/s/ MAR_ )
      MICHAEL A. RODRIGUEZ
      Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:**
USA v. Thomas Ramm

**CASE NUMBER:** CR 19-0016 EMC

**Is This Case Under Seal?** Yes ✓   No

**Total Number of Defendants:** 1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes   No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓   OAK   SJ

**Is this a potential high-cost case?** Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes   No ✓

**Is this a RICO Act gang case?** Yes   No ✓

**Assigned AUSA (Lead Attorney):** Michael A. Rodriguez

**Date Submitted:** 1/10/2019

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF